IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL JOHNSON,<br>Petitioner, | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | Case No. 2:22-cv-01096-JLS |
| SUPERINTENDENT BERNADETTE MASON, *et al.*,<br>Respondents. | :<br>:<br>: | |

**ORDER**

**JEFFREY L. SCHMEHL, U.S. District Judge**

AND NOW, this 17th day of September, 2026, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw, IT IS ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED;**
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*

JEFFREY L. SCHMEHL
U.S. DISTRICT COURT JUDGE